## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JASON WEBB, JARRED WEBB, and                                                                    PLAINTIFFS
WESLEY PITTS

v.                                      No.  3:06CV00147 JLH

ROBERT JENNINGS                                                                                 DEFENDANT

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 7th day of September, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE